No. 770. COOPERATIVE TRANSIT Co. v. WEST PENN ELECTRIC Co. ET AL. April 5, 1943. Petition for writ of

certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Jay T. McCamic* for petitioner. *Mr. Edward O. Tabor* for respondents.